**Order entered July 1, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00259-CV

**GLORIA VALICHKOFSKY BEY, Appellant**

**V.**

**CHURCHILL PROPERTIES, LLC, AND MISTY POSEY, Appellees**

**On Appeal from the 298th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-18-07116**

## ORDER

By letter filed June 24, 2019, court reporter Marcey J. Poeckes has informed the Court that appellant has not requested the reporter's record. We had previously cautioned appellant that the appeal would be submitted without the reporter's record if we received written verification that she had not requested it. *See* TEX. R. APP. P. 37.3(c). Accordingly, we **ORDER** the appeal submitted without the reporter's record. *See id.* As the clerk's record has been filed, we further **ORDER** appellant to file her brief on the merits no later than July 31, 2019.

/s/     ROBERT D. BURNS, III
           CHIEF JUSTICE